FILED
2014 AUG 27  AM 2:37
CLERK U.S. DISTRICT [COURT]
CENTRAL DIST. OF C[A.]
SANTA ANA
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PETER HENRY HERZ,<br><br>        Defendant. | No. SACR14-00146<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 4, 2009, in Orange County, within the Central District of California, defendant PETER HENRY HERZ ("defendant HERZ") knowingly possessed an FC model HD-377 external hard-drive that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using

any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

Defendant HERZ's above-referenced possession of child pornography involved an image of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 4, 2009, in Orange County, within the Central District of California, defendant PETER HENRY HERZ ("defendant HERZ") knowingly possessed a Buffalo external hard-drive, bearing serial number 45502071115115, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
//

Defendant HERZ's above-referenced possession of child pornography involved an image of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age.

A TRUE BILL

_____
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office

JOSEPH T. McNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Office

ROBERT J. KEENAN
Assistant United States Attorney
Santa Ana Office