Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

SACR14-00146

Case Number _____    Defendant Number  1 _____

U.S.A. v.  PETER HENRY HERZ _____    Year of Birth  1956 _____

[✓] Indictment          [ ] Information        Investigative agency (FBI, DEA, etc.)  ICE

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense  November 4, 2009

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles        [ ] Ventura

[✓] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense   18 U.S.C. § 2252A(a)(5)(B)

_____

## RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   [ ] No      [ ] Yes

IF YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

entail substantial duplication of labor in pretrial, trial or

sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/A

Case Number    N/A

Charging    N/A

The complaint:    [ ] is still pending

[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No    [ ] Yes

IF YES, provide, Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*        [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    [ ] Yes      [✓] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*        [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*        [✓] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☐ YES          ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male                    ☐ Female

☑ U.S. Citizen            ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:          ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes          ☑ No

IF YES, should matter be sealed?   ☐ Yes          ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption

☐ government fraud               ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☐ violent crimes/firearms       ☐ corporate fraud

☑ Other   Child Pornography Offense

_____

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

   in the amount of $ _____

c. PSA supervision?        ☐ Yes          ☐ No

d. Is on bail or release from another district?

   N/A

Defendant is **in** custody:

a. Place of incarceration:   ☐ State       ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:   ☐ Yes          ☐ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges: :   ☐ Yes     ☐ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district

pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date   08/26/2014

Signature of Assistant U.S. Attorney

ROBERT J. KEENAN
Print Name