# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 14-00146-CJC | Date | November 3, 2016 |
| Title | United States v. Peter Henry Henz | | |

**Present: The Honorable**   Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Jazmin Dorado | n/a |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

Defendant appeared after being taken into custody on an arrest warrant issued by United States District Judge Cormac J. Carney after the United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant had been (1) found in possession of devices which had Internet access and (2) found in possession of DVDs that appear to contain child pornography. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is clear and convincing evidence that Defendant committed the violations alleged in the petition. The Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained. The bond posted to secure Defendant's release is ordered exonerated.

Initials of Preparer   JD