SANDRA R. BROWN
Acting United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 14-146-CJC |
|---|---|
| Plaintiff, | **GOVERNMENT'S NOTICE RE SENTENCING THAT IT WILL NOT BE SEEKING FURTHER RESTITUTION** |
| v. | |
| PETER HENRY HERZ, | |
| Defendant. | |

    The government gives notice to the Court and defendant PETER HENRY HERZ victim "Misty" has withdrawn her request for restitution in this case.  Accordingly, the government will not be seeking

///

1

1  restitution on her behalf and believes that a further restitution
2  hearing is no longer needed.
3  DATED: June 19, 2017                Respectfully submitted,

                                       SANDRA R. BROWN
                                       Acting United States Attorney

                                       PATRICK R. FITZGERALD
                                       Assistant United States Attorney
                                       Chief, National Security Division


                                        /s/ Mark Takla
                                       MARK TAKLA
                                       Assistant United States Attorney

2